Dismissed and Memorandum Opinion filed August 7, 2003









Dismissed and Memorandum Opinion filed August 7, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00742-CR

NO. 14-03-00743-CR

____________

 

TIMOTHY DAVID CHATMON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 180th District Court

Harris County, Texas

Trial
Court Cause Nos. 918,686 & 947,953

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal in each of
these cases, personally signed by appellant, has been filed with this
Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered an
opinion, we grant appellant=s request.

Accordingly, we order the appeals dismissed.  We direct the Clerk of the Court to issue the
mandates of the Court immediately.

PER CURIAM








Judgment rendered
and Memorandum Opinion filed August 7, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and Seymore.

Do Not Publish C Tex.
R. App. P. 47.2(b).